Harry G. Lewis, State Bar No. 157705
Brian V. Donnelly, State Bar No. 162987
CORNERSTONE LAW GROUP
595 Market Street, Suite 2360
San Francisco, CA 94105
415.974.1900 (phone)
415.974.6433 (fax)

Attorneys for Plaintiff,
CHRIS WILLIAMS

UNITED STATES DISTRICT COURT

DISTRICT OF NORTHERN CALIFORNIA

| | |
|---|---|
| CHRIS WILLIAMS,<br><br>  Plaintiff,<br><br>  vs.<br><br>BROWN FAMILY COMMUNITIES and DOES 1-10,<br><br>  Defendants. | No. C 05-01337 JCS<br><br>STIPULATION TO CONTINUE MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION AND MOTION TO TRANSFER VENUE |

WHEREAS, counsel for Plaintiff Chris Williams will be out of the state on June 17, 2005, the currently scheduled date for the hearing on Defendant's Motion to Dismiss for Lack of Personal Jurisdiction and Motion to Transfer Venue;

IT IS HEREBY STIPULATED by the parties, through their counsels of record, to continue the hearing on Defendant's Motion to Dismiss for Lack of Personal Jurisdiction and Motion to Transfer Venue to July 15, 2005 at 9:30 a.m. Defendant counsel will appear telephonically without any further action required.

June 8, 2005     Cornerstone Law Group

_____
By: Harry G. Lewis
Attorneys for Plaintiff

Page 1

STIPULATION TO CONTINUE MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION AND MOTION TO TRANSFER VENUE

1  
2  June ⎵, 2005          Stinson Morrison Hecker LLP
3
4                         By: John C. Hendricks
                          Attorneys for Defendant Brown Family Communities
5
6  IT IS SO ORDERED:
7
   June  9 , 2005        /s/ Joseph C. Spero
8                         Magistrate Judge Joseph C. Spero
9

Page 2

STIPULATION TO CONTINUE MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION AND MOTION TO TRANSFER VENUE