**United States District Court**
For the Northern District of California

1
2
3
4                    UNITED STATES DISTRICT COURT
5                    NORTHERN DISTRICT OF CALIFORNIA
6
7  CHRIS WILLIAMS,                              No. C05-1337 JCS
8            Plaintiff(s),
                                                **ORDER RE: BRIEFING SCHEDULE ON**
9        v.                                     **DEFENDANT'S MOTION FOR AWARD**
                                                **OF ATTORNEYS' FEES [Docket No. 23]**
10 BROWN FAMILY COMMUNITIES,
11           Defendant(s).
   _____/
12
13       On July 25, 2005, Defendant filed a Motion for Award of Attorneys' Fees (the "Motion"). The

14 Motion is not in compliance with Civil L.R. 7-2 (a) and 7-2 (b).

15       IT IS HEREBY ORDERED that the opposition memoranda shall be filed by **August 19, 2005,**

16 and the reply brief shall be filed by **August 26, 2005.**  Upon completion of briefing on the Motion, the

17 Court will determine if oral argument will be necessary.

18       IT IS SO ORDERED.

19

20 Dated:  July 27, 2005

21                                    /s/ Joseph C. Spero
                                      JOSEPH C. SPERO
22                                    United States Magistrate Judge

23
24
25
26
27
28